IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Roderick English, ) | |
| ) | C/A No. 3:12-510-JFA |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Gary Wooton, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff is an inmate at the McCormick Correctional Institution who, proceeding *pro se,* filed this civil action. By order dated March 12, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this court. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

*[signature: Joseph F. Anderson, Jr.]*

**April 10, 2012**                                         **Joseph F. Anderson, Jr.**
**Columbia, South Carolina**                        **United States District Judge**

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.